UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMUEL MALDONADO,

    Plaintiff,

vs.                                                                  CASE NO.:3:17-cv-1325-J-32-JBT

JACKSONVILLE SHERIFF'S OFFICE,
DEPARTMENT OF CORRECTIONS,
MIKE WILLIAMS, Sheriff, and
DENNIS DEGELE, Chaplain,

    Defendants.
_____/

## RESPONDENTS' NOTICE OF PENDENCY OF RELATED ACTIONS

Pursuant to Local Rule 1.04(d), Rules of the Middle District of Florida, Defendants give notice that the related case *Maldonado v. Jacksonville Sheriff's Office, et al.,* 3:17-cv-160-J-20JBT, is currently pending in the United States Middle District Court, Middle District of Florida, Jacksonville Division. Plaintiff has filed claims of religious discrimination under the federal and Florida constitutions, as well the federal Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §2000cc, *et seq*. Both complaints raise identical legal claims and have common questions of fact. Respectfully, the two actions should be consolidated.

                                                      Respectfully submitted,

                                                      OFFICE OF GENERAL COUNSEL

                                                      */s/ Craig D. Feiser*
                                                      CRAIG D. FEISER
                                                      Assistant General Counsel
                                                      Florida Bar No. 164593
                                                      City of Jacksonville

Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1700 (Telephone)
(904) 630-1316 (Facsimile)
Primary: CFeiser@coj.net
Secondary: bosburn@coj.net
*Counsel for "Respondents"/Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2017, I provided the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I served a copy of the foregoing by U.S. mail to the following:

Samuel Maldonado, #2017001486
Pretrial Detention Facility
500 East Adams Street
Jacksonville, FL 32202

*/s/ Craig D. Feiser*
CRAIG D. FEISER
Assistant General Counsel
Florida Bar No. 663891
City of Jacksonville
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1700 (Telephone)
(904) 630-1316 (Facsimile)
Primary: CFeiser@coj.net
Secondary: bosburn@coj.net
*Counsel for "Respondents"/Defendants*