UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMUEL MALDONADO,

    Plaintiff,

v.                                       Case No. 3:17-cv-1325-J-20JBT

JACKSONVILLE SHERIFF'S OFFICE,
et al.,

    Defendants.
_____

### ORDER

Defendants' Motion for Extension of Time to Respond to Amended Petition for Damages (Doc. 8) is **GRANTED.** Defendants shall file a response by **January 26, 2018.**

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of December, 2017.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw 12/19
c:
Samuel Maldonado, #2017001486
Counsel of Record