UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMUEL MALDONADO,

    Petitioner,

vs.                                            CASE NO.: 3:17-cv-1325-J-20JBT

JACKSONVILLE SHERIFF'S OFFICE,
DEPARTMENT OF CORRECTIONS,
MIKE WILLIAMS, Sheriff, and
DENNIS DEGELE, Chaplain,

    Respondents.
_____/

## **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

"Respondents" (properly called Defendants or "the City"), Jacksonville Sheriff's Office, Department of Corrections, Sheriff Mike Williams and Dennis Degele, Chaplain, hereby answer and defend the "Amended Petition Civil Action for Damages" in the above-entitled action and, in response to the paragraphs as they appear in the "Petition" (Complaint), state and allege as follows:

Defendants are without knowledge as to the facts and allegations in the first two paragraphs concerning the Plaintiff, and therefore denied.

Defendants admit Mike Williams is the Sheriff of Jacksonville and responsible for the operations at the Jacksonville Sheriff's Office, and the Defendants were acting in their official capacities only. Otherwise denied as to any allegation or implication of liability.

### **Jurisdiciton and Venue**

1.    Admitted that the Plaintiff was detained at the Pre-trial Detention Facility, otherwise without knowledge, and any allegation or implication of liability is denied.

1

2. Defendants admit the allegations as to the address of the Jacksonville Sheriff's Office, and that Defendants are public officials acting in their official capacities only. Venue would be proper in this Court for any federal claims, but any implication or allegation of liability is hereby denied.

**Factual Background**

3. Without knowledge, and therefore denied.

4. Without knowledge, and therefore denied.

5. Any such request, which is not attached to the Complaint, would speak for itself. Otherwise denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Without knowledge; otherwise denied, or states legal principles that speak for themselves. Denied as to liability. The Florida Constitution speaks for itself. The Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") speaks for itself.

15. The Federal and Florida constitutions, as well as federal law, speak for themselves. Denied as to any allegation or implication of liability.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. [misnumbered in Complaint]

21. It is unclear what "Civil Code" Plaintiff refers to; otherwise denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## Laws, Regulations and Rights Violated

Defendants deny any and all allegations or implications of liability under any federal or state law, or under the United States or Florida constitutions.

26. Denied.

## Prayer for Relief

27. Plaintiff is not entitled to relief or damages, and has not pled a basis for punitive damages or attorney's fees (Plaintiff is *pro se*). All allegations in paragraph 27 are denied.

Any and all allegations not specifically admitted herein are hereby denied.

## AFFIRMATIVE, SPECIAL AND/OR ALTERNATIVE DEFENSES

1. Defendants allege that Plaintiff's Petition/Complaint and each alleged claim for relief therein fails to state a federal claim for relief against the Defendants upon which relief can be granted.

2. The City is entitled to attorneys' fees and costs pursuant to 42 U.S.C. §§1988, 3613, or 12205.

3. Defendants Mike Williams and Chaplain Dennis Degele are entitled to qualified immunity for their actions.

4. Plaintiff has not alleged a basis for punitive damages, and his claim for $5,000,000.00 in damages is patently absurd.

5. Plaintiff is *pro se* and has not alleged a basis for attorney's fees.

6. Plaintiff failed to mitigate his damages.

7. The Jacksonville Sheriff's Office "Dep. of Corr." is not an official entity that can be subject to suit.

8. The City's provision of meals to inmates at its jail facility meets constitutional requirements, and Defendants did not violate Plaintiff's rights to practice his religion in any way.

9. Defendants reserve the right to assert other defenses or to further allege additional facts to substantiate the defenses asserted herein as discovery proceeds, or both.

      Respectfully submitted,

      **OFFICE OF GENERAL COUNSEL**

      */s/ Craig D. Feiser*
      Craig D. Feiser
      Assistant General Counsel
      Florida Bar No. 164593
      Michael B. Wedner
      Senior Assistant General Counsel
      Florida Bar No. 0287431
      117 West Duval Street, Suite 480
      Jacksonville, Florida 32202
      Telephone: (904) 630-1700
      Facsimile: (904) 630-1316
      cfeiser@coj.net
      mwedner@coj.net
      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of January 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent the foregoing via U.S. Mail to:

Samuel Maldonado (2017001486), Pre-trial Detention Facility, 500 E. Adams Street, Jacksonville, FL 32202.

>*/s/ Craig D. Feiser*
> Craig D. Feiser
> Assistant General Counsel